[No. 7079-7-I.   Division One.   March 3, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY EDWARD JONES, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75222, Barbara J. Rothstein, J., entered November 7, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Andersen, J.

[No. 7119-0-I.   Division One.   March 3, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. TRAVIS B. HEBERT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. J-83920, Liem E. Tuai, J., entered October 31, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson and Andersen, JJ.

[No. 7143-2-I.   Division One.   March 3, 1980.]

EMMON LEE, ET AL, *Petitioners,* v. LOCKHEED AIRCRAFT CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 842385, Frank D. Howard, J., entered October 10, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Callow, C.J., and Swanson, J.